# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>SAMUEL JONNELL WILLIAMS<br>Defendant | Case No. 2:13-CV-03092 ODW<br>11-CR-00520 ODW-6****<br><br>**ORDER DENYING REQUEST TO REOPEN THE COLLATERAL ATTACK ON THE SENTENCE UNDER 28 USC § 2255** |

## I. FACTUAL BACKGROUND

On October 18, 2011 Williams plead guilty to counts two and three of a three count indictment charging conspiracy to possess with intent to distribute and to distribute at least five kilograms of cocaine (count one) and conspiracy to interfere with commerce by robbery (count two) and use and carry a firearm during and in relation to and possession of that firearm in furtherance of a drug trafficking offense and a crime of violence. (count three.)

Williams and the government entered into a plea agreement, which Williams signed on September 28, 2011, paragraph 20 of which provided:

WAIVER OF APPEAL AND COLLATERAL ATTACK

20. Defendant agrees that, provided the Court, before imposition of the mandatory consecutive sentence of five years' imprisonment on count three, imposes a term of imprisonment within or below the range corresponding to an offense level of 18 and the criminal history category calculated by the Court, defendant gives up the right to appeal all of the following: (a) the procedures and calculations used to determine and impose any portion of the sentence; (b) the term of imprisonment imposed by the Court; . .

Williams criminal history is a category I. That coupled with an offense level of 18 results in a recommended sentencing range of 27-33 months. Williams surrendered the right to appeal or collaterally attack his sentence so long as it, before application of the five year mandatory consecutive sentence was applied, did not exceed the 27-33 month range. He was sentenced to only six (6) months. Consequently, putting aside the fact that this motion is untimely, he has waived his right to challenge his sentence. The court's prior order dismissing this motion stands. This matter will not be reopened.

**IT IS SO ORDERED.**

August 2, 2013  _____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**